LOUIS FENNING, Respondent, v. GEORGE LASKAS and MARGARET LASKAS, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

CORNELIUS GALLAGHER, Respondent, v. EDWARD S. PEROT and MINNIE B. JACKSON, as Executrix, etc., Appellants.— Motion granted, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

MARGARET GALVIN, as Administratrix, etc., Respondent, v. FEDERAL SUGAR REFINING COMPANY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

SAMUEL GUYEFF, Respondent, v. JACOB MOSKOWITZ, Appellant.— Motion for stay granted on condition that defendant Moskowitz within ten days give a surety bond in the sum of $1,000, and stipulate to argue the case at the June term; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

HENRY M. HURWITZ, Respondent, v. SAMUEL CUTLER and Others, Appellants.— Motion denied on condition that appellants perfect the appeal, place the case on the calendar for the June term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

In the Matter of the Application of BEN BERG for Admission to the Bar. (From the State of Indiana.) — Application granted. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

In the Matter of the Petition of KATE PALMER to Render and Settle Her Final Account as Administratrix, etc., of SARAH J. FIELD, Deceased.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

LOUISA LIVERANI, as Administratrix etc., Respondent, v. JOHN T. CLARK & SONS, INC., Appellant, and Another, Defendant.— Motions denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

NEW YORK INTER-URBAN WATER COMPANY, Respondent, v. THE CITY OF MOUNT VERNON and Others, Appellants.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

PARKERTON WIRE WORKS, INC., Respondent, v. ENDEE GARAGE CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.